John DeVine, Respondent, v. Florence C. Furst, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

Isaac A. Doniger, Appellant, v. Amy A. Norton, Respondent.— Judgment modified by striking from the last paragraph thereof the words " on the merits " and by inserting in place thereof the words " without prejudice." In a new action it may be proved that money damages will amply compensate defendant, under the doctrine of *Lacov* v. *Ocean Ave. Building Corp.* (257 N. Y. 362) and equities in favor of the plaintiff in respect to the present and former character of the neighborhood may be more clearly established. As so modified the judgment is unanimously affirmed, with costs to respondent. The direction for judgment contained in the decision is modified accordingly. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

Israel Golden, Respondent, v. Furniture Frame Factories, Inc., and Isidore Dashefsky, Defendants, Impleaded with Oscar Sandman, and Louis Schrencel and Oscar Sandman, Doing Business under the Firm Name and Style of Eagle Upholstering Company, Appellants.— Order of Appellate Term affirming judgment of the Municipal Court reversed on the law, with costs, judgment of the Municipal Court reversed, and complaint dismissed, with costs to appellants. In our opinion the undisputed evidence shows that there was a material alteration of the notes after they were indorsed by the appellants and without their knowledge or consent, that they were not presented for payment at the place originally specified therein, and that thereby appellants, as indorsers, were released from liability. (See Neg. Inst. Law, §§ 205, 206.) Young, Carswell, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents.